IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| WILLIE STANLEY, JR., on behalf of himself and all individuals similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HIRERIGHT, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:19cv297–HEH <br> ) <br> ) <br> ) <br> ) |

## **FINAL ORDER**

THIS MATTER is before the Court on a Stipulation of Dismissal with Prejudice (ECF No. 25), filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: August 14, 2019
Richmond, VA